# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge Wm. Terrell Hodges<br>United States District Court<br>Middle District of Florida | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:        [202] 502-2888<br><br>http://www.jpml.uscourts.gov |

August 2, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached CTO-58)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 17, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Mecca S. Carter
Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:       Judge Jack B. Weinstein
     Transferor Judges:      (See Attached List of Judges)
     Transferor Clerks:      (See Attached List of Clerks)

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-58)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr
McCarter & English, L.L.P.
919 N, Market Street
Wilmington, DE 19801

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Jan M. Carroll
Barnes & Thornburg, LLP
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

David J. Cutshaw
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Joseph P. Danis
Carey & Danis, LLC
8235 Forsyth Blvd.
Suite 1100
St. Louis, MO 63105

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94612-3572

Michael W. Davis
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Francis J. Flynn
Jeffrey J. Lowe, P.C.
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

Alan Daniel Mathis
Johnston, Barton, Proctor & Powell, LLP
AmSouth/Harbert Plaza
1901 6th Avenue North
Suite 2900
Birmingham, AL 35203-2618

W. Jason Rankin
Burroughs, Hepler, Broom, MacDonald, et al.
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-1510

Lisa Anderson Reppeto
Watkins, Ludlam, Winter & Stennis, P.A.
P.O. Box 427
Jackson, MS 39205-0427

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

William Roger Smith, III
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

James M. Wood
Reed Smith, LLP
1999 Harrison Street
22nd Floor
Oakland, CA 94612-3572

Ernest Franklin Woodson, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

# INVOLVED JUDGES LIST (CTO-58)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. W. Harold Albritton, III
Senior U.S. District Judge
P.O. Box 629
Montgomery, AL 36101-0629

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Sarah Evans Barker
U.S. District Judge
210 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Harvey Bartle, III
Chief Judge, U.S. District Court
16614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Anita B. Brody
U.S. District Judge
4000 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Peter K. Leisure
Senior U.S. District Judge
1910 Daniel Patrick Moyniham
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

INVOLVED CLERKS LIST (CTO-58)
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

~~Debra P. Hackett, Clerk~~
~~U.S. District Court~~
~~P.O. Box 711~~
~~Montgomery, AL 36101-0711~~

J. Michael McMahon, Clerk
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-58)**

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ~~ALM 2 06-481~~ | ~~Mary Mallard v. Eli Lilly & Co., et al.~~ Opposed 8/2/06 |
| ~~ALM 2 06-542~~ | ~~Patricia Segrest v. Eli Lilly & Co., et al.~~ Opposed 8/2/06 |
| | |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-546 | John Jones v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-554 | Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-560 | Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-563 | James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-576 | Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-581 | Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-583 | Marisa Castillo v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-584 | Stephen Carr v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-593 | Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-594 | Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-595 | Amesha Thorne v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-596 | Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-597 | Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-605 | Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-607 | Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-617 | James Martin v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-619 | Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 3 06-641 | Dorothy McGee, et al. v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-603 | Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-612 | Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-616 | Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al. |
| CAN 4 06-656 | Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al. |
| | |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-411 | Meghan Knobe v. Eli Lilly & Co. |
| | |
| **INDIANA SOUTHERN** | |
| INS 1 06-992 | Sandra Strange v. Eli Lilly & Co. |
| | |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 06-102 | Robert Towns v. Eli Lilly & Co. |
| | |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-4134 | Earnest Smith, et al. v. Eli Lilly & Co. |
| | |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-2290 | Harold T. Moore v. Eli Lilly & Co. |
| PAE 2 06-2457 | Troy D. Gillenwater v. Eli Lilly & Co. |
| PAE 2 06-2601 | Margaret R. Dennis v. Eli Lilly & Co. |
| PAE 2 06-2683 | Crystal McVea v. Eli Lilly & Co. |